684 A.2d 503

IN THE MATTER OF OSCAR N. GASKINS,
AN ATTORNEY AT LAW.

November 12, 1996.

## ORDER

The Disciplinary Review Board on August 26, 1996, having filed with the Court its decision concluding that **OSCAR N. GASKINS** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1979, should be suspended from practice for a period of six months for respondent's conviction of failure to file an income tax return, in violation of 26 *U.S.C.A.* § 7203, which conduct is in violation of *RPC* 8.4(b), and good cause appearing;

It is ORDERED that **OSCAR N. GASKINS** is hereby suspended from practice for a period of six months, effective December 9, 1996, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20-20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.